UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DAMON ARMOND HARTLEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1518 CDP |
| | ) | |
| T. WINGFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Defendants Lamar Armstead, H. Carter, and C. Levins remain unserved. Because plaintiff is currently a federal prisoner, he has no way of ascertaining the addresses of the unserved defendants except by obtaining this information from defendants. In the interests of justice I will order defendants T. Wingfield and A. Arrington to provide whatever information they may have concerning the current addresses of Lamar Armstead, H. Carter, and C. Levins to plaintiff, or to file this information under seal with the court. If the addresses are filed under seal, I will order the Clerk of the Court to prepare summonses and have them served.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall disclose to the best of their knowledge the full names and addresses of defendants Lamar Armstead, H. Carter, and C. Levins. If the defendants do not wish to reveal this information to

Hartley, they may file this information with the Clerk, ex parte and under seal. Upon receipt of this information, either from Hartley or directly from defendants, the Clerk shall issue process or cause process to issue upon the complaint as to defendants Armstead, Carter, and Levins.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2007.